UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Terrence Moore, John Coffey, Michael Salgo, Michael Anderson, Kevin O'Brien, and John Clausman as Trustees of the Metal Lathers Local 46 Pension Fund, Metal Lathers Local 46 Trust Fund, Metal Lathers Local 46 Annuity Fund, Metal Lathers Local 46 Apprenticeship Fund, and Metal Lathers Local 46 Scholarship Fund,

and

Angelo Angelone, Kieran O'Sullivan, John Peters, Michael Salgo, Kevin O'Brien, and Eric Lee as Trustees of the Cement & Concrete Workers Pension Trust Fund, Cement & Concrete Workers Welfare Trust Fund, Cement & Concrete Workers Annuity Trust Fund, Cement & Concrete Workers Scholarship Trust Fund, and the Cement & Concrete Workers Training and Education Trust Fund,

and

Gino Castignoli, Michael Rendina, Robert Bertuzzi, Eddie Barbaria, Frank Martorano Jr., Joseph Mitrione, Michael Salgo, and Kevin O'Brien as Trustees of the Cement Masons' Local 780 Pension Fund, Northeast District Council of the Operative Plasterers' & Cement Masons' International Association Annuity Fund, Northeast District Council of the Operative Plasterers' & Cement Masons' International Association Welfare Fund, and Northeast District Council of the Operative Plasterers' & Cement Masons' International Association Apprenticeship Fund,

       Plaintiffs,

- against -

New York Concrete Corporation, John Russo, and New Leaf Development LLC,
       Defendants.

---

Case No. 1:18-cv-02791-PAE

**CORPORATE DISCLOSURE OF DEFENDANT NEW YORK CONCRETE CORPORATION PURSUANT TO FRCP 7.1**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant New York Concrete Corporation certifies that said Defendant, a corporation

organized and existing under the laws of the State of New York, has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: New York, New York
      May 9, 2018

                                      **ZETLIN & DE CHIARA LLP**

By: _/s/ James J. Terry_
      James J. Terry
      James H. Rowland

*Attorneys for Defendant*
  *New York Concrete Corporation*
801 Second Avenue
New York, New York 10017
Telephone: (212) 682-6800
Fax: (212) 682-6861
Email: jterry@zdlaw.com
Email: jrowland@zdlaw.com