**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL SALGO, KEVIN O'BRIEN, JAMES
MAHONEY, and GARY SIMMONS, as Trustees
*of the Metal Lathers Local 46 Pension Fund, Metal
Lathers Local 46 Trust Fund, Metal Lathers Local 46
Annuity Fund, Metal Lathers Local 46 Apprenticeship
Fund, and Metal Lathers Local 46 Scholarship Fund,*



18 **CIVIL** 2791 (PAE)
<u>**JUDGMENT**</u>

and

ANGELO ANGELONE, KIERAN O'SULLIVAN,
JOHN PETERS, MICHAEL SALGO, KEVIN O'BRIEN,
and ERIC LEE, *as Trustees of the Cement & Concrete
Workers Pension Trust Fund, Cement & Concrete
Workers Welfare Trust Fund, Cement & Concrete Workers
Annuity Trust Fund, Cement & Concrete Workers
Scholarship Trust Fund, and the Cement & Concrete
Workers Training and Education Trust Fund,*

and

GINO CASTIGNOLI, MICHAEL RENDINA,
ROBERT BERTUZZI, EDDIE BARBARIA, FRANK
MARTORANO JR., JOSEPH MITRIONE, MICHAEL
SALGO, and KEVIN O'BRIEN, *as Trustees of the Cement
Masons' Local 780 Pension Fund, Northeast District
Council of the Operative Plasterers' & Cement Masons'
International Association Annuity Fund, Northeast District
Council of the Operative Plasterers' & Cement Masons'
International Association Welfare Fund, and Northeast
District Council of the Operative Plasterers' & Cement
Masons' International Association Apprenticeship Fund,*
                                                     Plaintiffs,
                            -v-
NEW YORK CONCRETE CORPORATION, JOHN
RUSSO, NEW LEAF DEVELOPMENT LLC, and
DONNAMARIE RUSSO,
                                                     Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 20, 2020, defendants' motions for summary judgment is granted in full; accordingly, the case is closed.

**Dated:** New York, New York
March 20, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *[signature]*
**Deputy Clerk**